**PROB 12B**
**(7/93)**

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Derek Shelton　　　　　　　　　　　　　　　　　　　　　Cr.: 02-00621-01
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 35799

Name of Sentencing Judicial Officer: The Honorable William H. Walls, U.S.D.J.

Date of Original Sentence: 01/05/2006

Original Offense: Possession of Firearm by a Convicted Felon

Original Sentence: 70 months imprisonment followed by three years supervised release.

Type of Supervision: Supervised Release　　　　　　　　Date Supervision Commenced: 03/08/2008

## PETITIONING THE COURT

[X]　To modify the conditions of supervision as follows:

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall contribute 100 hours of community service work over a period of 12 months or less. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On March 4, 2010, the offender was arrested by members of the Essex County Police Department and charged with driving under the influence (alcohol). The offender admits to consuming an excessive amount of alcohol on the date in question.

Respectfully submitted,

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 04/01/2010

PROB 12B - Page 2
Derek Shelton

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

26 April 2010
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall contribute 100 hours of community service work over a period of 12 months or less. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____
United States Probation Officer
Jamel H. Dorsey

Signed: _____
Probationer or Supervised Releasee
Derek Shelton

4-16-10
DATE