PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Derek Shelton                                  Cr.: 02-00621-01
                                                                 PACTS Number: 35799

Name of Sentencing Judicial Officer: The Honorable William H. Walls, U.S.D.J.

Date of Original Sentence: 01/05/2006

Original Offense: Possession of Firearm by a Convicted Felon

Original Sentence: 70 months imprisonment followed by three years supervised release.

Type of Supervision: Supervised Release                          Date Supervision Commenced: 03/08/2008

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The offender shall be required to abide by a curfew designated by the U.S. Probation Office. The offender shall remain at his residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and at other such times as may be specifically authorized by the United States Probation Office during the specified curfew hours. The offender shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable cordless equipment.

## CAUSE

On November 5, 2010, the offender was the victim of a drive by shooting. The local police has reason to believe that he was definitely the intended target due to his suspected involvement in illegal activity. The offender is currently unemployed and has two previous incidents of noncompliance.

Respectfully submitted,

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 11/19/2010

THE COURT ORDERS:

PROB 12B - Page 2
Derek Shelton

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
7 December 2010
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall be required to abide by standard curfew restrictions. The offender shall remain at his residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The offender shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable cordless equipment.

Witness: _____  Signed: _____
United States Probation Officer       Probationer or Supervised Releasee
Jamel Dorsey                          Derek Shelton

_____
11/17/10
DATE

